IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, a California professional corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TOTAL TECHNOLOGY, INC., an Ohio corporation; and DOES 1 through 40, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-426 CW<br><br>ORDER ADDRESSING MOTION TO SEAL |

    The parties have filed a stipulated miscellaneous administrative request pursuant to Local Rule 79-5 to seal portions of certain documents previously filed in the public docket as attachments to Defendant Total Technology, Inc.'s Notice of Removal, including the Complaint, First Amended Complaint and Answer, which reveal confidential business information involving a third party.  The parties suggest that the Court seal each entire document and either allow them to file a Second Amended Complaint and responsive pleadings for the public record, or, in the alternative, allow them to file redacted public versions.  In order to minimize the amount of material under seal, the Court finds that

the solution most consistent with Rule 79-5 is to seal the documents and allow the parties to file redacted public copies. However, the parties have not submitted proposed amended or redacted versions of the documents they seek to seal. Before the Court can rule on the motion to seal, the parties must submit proposed redacted versions so that the Court can confirm that the proposed sealing order is sufficiently narrowly tailored. The parties must do so within one week of this order. In the meantime, the Court will direct the Clerk temporarily to place the entire Notice of Removal under seal.

   IT IS SO ORDERED.

Dated: 5/15/06

_____
CLAUDIA WILKEN
United States District Judge

2