1  DIRK M. SCHENKKAN (No. 72533)
   Email: dschenkkan@howardrice.com
2  CHRISTOPHER C. WHEELER (No. 224872)
   Email: cwheeler@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California  94111-4024
   Telephone:   415/434-1600
6  Facsimile:   415/217-5910

7  Attorneys for Plaintiff
   HOWARD RICE NEMEROVSKI CANADY
8  FALK & RABKIN, A Professional Corporation

9  WILLIAM J. FLYNN (No. 95371)
   SCOTT M. DE NARDO  (No. 216749)
10 Email: sdenardo@neyhartlaw.com
   NEYHART, ANDERSON, FLYNN & GROSBOLL
11 44 Montgomery Street, Suite 2080
   San Francisco, California  94104
12 Telephone:   415/677-9440
   Facsimile:   415/677-9445

13 THOMAS W. HUMPHREY  (*Pro Hac Vice*)
   Email: thumphrey@whepatent.com
14 WOOD, HERRON & EVANS, L.L.P.
   2700 Carew Tower
15 Cincinnati, Ohio  45202

16 Attorneys for Defendant
   TOTAL TECHNOLOGY, INC.

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20 HOWARD RICE NEMEROVSKI CANADY        No. C 06 00426 CW
   FALK & RABKIN, a California professional
21 corporation,                          Action Filed:  December 22, 2005
                                         Action Removed:  January 23, 2006
22            Plaintiff,
                                         STIPULATION OF DISMISSAL AND
23       v.                              ORDER

24 TOTAL TECHNOLOGY, INC., an Ohio
   corporation; and DOES 1 through 40,
25 inclusive,

26            Defendants.

27
   AND RELATED COUNTERCLAIMS.
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER           C 06 00426 CW

-1-

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and their Settlement Agreement, IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, including both the complaint and cross-complaint, shall be dismissed with prejudice forthwith, each party to bear its own fees and costs.

Dated: December ___, 2006.

Respectfully,

DIRK M. SCHENKKAN
CHRISTOPHER WHEELER
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
DIRK M. SCHENKKAN

Attorneys for Plaintiff
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, A Professional Corporation

Dated: December ___, 2006.

WILLIAM J. FLYNN
SCOTT M. DE NARDO
NEYHART, ANDERSON, FLYNN &
    GROSBOLL

THOMAS W. HUMPHREY
WOOD, HERRON & EVANS, L.L.P.

By: _____
THOMAS W. HUMPHREY

Attorneys for Defendant
TOTAL TECHNOLOGY, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2006.

By: _____
HONORABLE CLAUDIA WILKEN
United States District Judge